

OCT - 2 2023
RECEIVED

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

ANESHA PARKER                                    USCA No. 23-5193

v.

DISTRICT OF COLUMBIA et. al.,                   USDC No. 1:21-cv-02523

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, ANESHA PARKER, declare that I am the
☉ appellant/petitioner    ○ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

1.) Whether the District Court erred in dismissing the complaint entirely. 2.) Whether the District Court erred in denying Plaintiff's request for leave to amend. 3.) Whether District Court erred in denying Plaintiff's request for early discovery.

Signature: *AParker*

Name of *Pro Se* Litigant: Anesha Parker

Address: 8402 Marlanas Place Tampa, FL 33637

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

USCA Form 31
Rev. December 2018

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

ANESHA PARKER

USCA No. 23-5193

v.

DISTRICT OF COLUMBIA et. al.,

USDC No. 1:21-cv-02523

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *AParks*          Date: September 18, 2023

My issues on appeal are: 1.) Whether the District Court erred in dismissing the complaint entirely under FRCP 12. 2.) Whether the District Court erred in denying the plaintiff's request for leave to amend. 3.) Whether District Court erred in denying the plaintiff's request for early limited discovery.

-1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | n/a | 0 | n/a |
| Self-employment | 0 | n/a | 0 | n/a |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | 0 | n/a | 0 | n/a |
| Interest and dividends | 0 | n/a | 0 | n/a |
| Gifts | 0 | n/a | 0 | n/a |
| Alimony | 0 | n/a | 0 | n/a |
| Child support | 0 | n/a | 0 | n/a |
| Retirement (such as social security, pensions, annuities, insurance | 0 | n/a | 0 | n/a |
| Disability (such as social security, insurance payments) | 0 | n/a | 0 | n/a |
| Unemployment payments | 0 | n/a | 0 | n/a |
| Public-assistance (such as welfare) | $281.00 | n/a | $281.00 | n/a |
| Other (specify): _____ | 0 | n/a | 0 | n/a |
| Total monthly income: | $281.00 | n/a | $281.00 | n/a |

-2-

USCA Form 31
Rev. December 2018

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| DC GOVERNMENT | 450 H ST NW WASHINGTON | 9/2018-10/2021 | $6000.00 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | — | — | — |
| | | | |

4. How much cash do you and your spouse have? _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| SUNCOAST | CHECKING | 2.00 | N/A |
| | | | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 N/A (Value) |
|---|---|---|
| 0 | 0 | Make & Year: N/A |
| 0 | 0 | Model: N/A |
| 0 | 0 | Registration #: N/A |

| Motor Vehicle #2 N/A | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: N/A | 0 | 0 |
| Model: N/A | 0 | 0 |
| Registration #: N/A | 0 | 0 |

-3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | Amount owed by spouse |
|---|---|---|---|
| IRS | TAX DEBT | $35,000 | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| PRISCILLA PARKER | MOTHER | 53 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $1637 | N/A |

Are real-estate taxes included?   ● Yes   ○ No

Is property insurance included?   ● Yes   ○ No

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $710 | N/A |
| Home maintenance (repairs and upkeep) | $300 | N/A |

|  | You | Spouse |
|---|---|---|
| Food | $400 | N/A |
| Clothing | $0 | N/A |
| Laundry and dry-cleaning | $0 | N/A |
| Medical and dental expenses | $0 | N/A |
| Transportation (not including motor vehicle payments) | $0 | N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $250 | N/A |
| Insurance (not deducted from wages or included in mortgage payments) |  | N/A |
|    Homeowner's or renter's | $0 | N/A |
|    Life | $0 | N/A |
|    Health | $0 | N/A |
|    Motor Vehicle | $200 | N/A |
|    Other: N/A | $0 | N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify) N/A | $0 | N/A |
| Installment payments |  | N/A |
|    Motor Vehicle | $430 | N/A |
|    Credit card (name): BOA, PENFED, CAP | $500 | N/A |
|    Department store (name): N/A | $0 | N/A |
|    Other: N/A | $0 | N/A |
| Alimony, maintenance, and support paid to others | $0 | N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | N/A |
| Other(specify): N/A | $0 | N/A |
| Total monthly expenses: | $4547 | N/A |

USCA Form 31
Rev. December 2018

-5-

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ◯ Yes ⦿ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ◯ Yes ⦿ No

If yes, how much?     N/A

If yes, state the attorney's name, address, and telephone number:

N/A

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much?     N/A

If yes, state the person's name, address, and telephone number:

N/A

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have been unemployed since separating from my employer in 2021. I have exhausted my savings. I am waiting to hear back from prospective employers or for a determination from socia security disabilty.

14. State the city and state of your legal residence.

TAMPA, FLORIDA

Your daytime phone number: ( 813 ) 453-4185

Your age: 35     Your years of schooling: 17

Anesha Parker
8402 Marianas Place
Tampa, FL 33637

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Perryman U.S Courthouse
  Room 5523
333 Constitution Avenue N.W
  Washington, D.C. 20001





FROM: Anesha Parker
8402 Marianas Place
Tampa, FL 33637

TO: Clerk of Court
United States District Court of
Appeals for the District of
Columbia Circuit
E. Barrett Perryman
U.S Courthouse Room 5523
333 Constitution Avenue N.W
Washington, D.C. 20001

US POSTAGE PAID $9.65
Origin: 33617
09/29/23
1189460617-3

PRIORITY MAIL®
0 Lb 6.10 O
RDC 03

EXPECTED DELIVERY DAY: 10/02/23
C003

SHIP TO: 333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

USPS TRACKING #
9505 5154 4134 3272 1374 90